~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~ ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

FREDERICK G. LAND,

     Petitioner,        JUDGMENT IN A CIVIL CASE

V.

                               CASE NUMBER: **3:08-CV-00317-ECR-RAM**

J. BENEDETTI, et al.,

     Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Respondents' Motion to Dismiss (#36) is **GRANTED**. This action is **DISMISSED** with prejudice as untimely.

  November 17, 2009                                 **LANCE S. WILSON**
                                                                     Clerk

                                                              /s/ D. R. Morgan
                                                                  Deputy Clerk